## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:03-CR-0061-01 |
| | : | |
| v. | : | |
| | : | |
| **COREY LEWIS,** | : | **(Chief Judge Conner)** |
| **Defendant** | : | |

## ORDER AND JUDGMENT

AND NOW, this 12th day of February, 2016, following supervised release revocation proceedings concerning defendant Corey Lewis, which were held on this date, the court finds, upon the preponderance of the evidence (including the the defendant's admissions to Grade C violations) that the defendant has violated his conditions of supervised release.  Therefore, it is hereby ORDERED and ADJUDGED that defendant Corey Lewis be released on this date <u>and</u> continued on supervised release, subject to the conditions of release set forth in the court's prior judgment and commitment (Doc. 44), dated December 17, 2003, with the following special conditions:

1. The defendant shall remain at his residence for a period of six months, unless given permission in advance by the probation officer to be elsewhere.  The defendant shall maintain a telephone without special features at his place of residence for the six month period.  The probation officer shall make provisions for the defendant's absence from his residence for employment, medical/mental health services, religious services, and necessary shopping.  Said home detention shall be electronically monitored and commence as directed by the probation officer.  The cost of the electronic monitoring is waived.

2. The defendant shall undergo a Domestic Violence assessment and, if recommended, the defendant shall satisfactorily complete the recommended program.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania